| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **SHAVITZ LAW GROUP, P.A.** |
| Justin M. Swartz | Gregg I. Shavitz (admitted *pro hac vice*) |
| Juno Turner | Susan H. Stern (admitted *pro hac vice*) |
| Deirdre Aaron | Paolo C. Meireles |
| 3 Park Avenue, 29th Floor | 1515 South Federal Highway, Suite 404 |
| New York, NY 10016 | Boca Raton, FL 33432 |
| Telephone: (212) 245-1000 | Telephone: (561) 447-8888 |
| Facsimile: (646) 509-2060 | Facsimile: (561) 447-8831 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW BLUM and ZAQ HARRISON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., and BANK OF AMERICA CORPORATION,<br><br>Defendants. | No. 15 Civ. 1636 (GBD) (JCF) |
| RONNI REIBURN, SAMUEL JORGENSON, CELESTE OROZCO, DERRICK CHAMBERS, SCOTT RATAJCZAK, and VANESSA DUCHMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., and BANK OF AMERICA CORPORATION,<br><br>Defendants. | No. 15 Civ. 2960 (GBD) (JCF) |

**NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF SETTLEMENT,
SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Settlement, Service Awards, and Attorneys' Fees and Costs, in the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Approval of Settlement, Service Awards, and Attorneys' Fees and Costs ("Swartz Declaration") and the supporting exhibits attached thereto; and the Declaration of Gregg I. Shavitz in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Costs and supporting exhibits attached thereto; Plaintiffs respectfully request that the Court enter an Order:

(1) Consolidating *Blum v. Merrill Lynch & Co., Inc.*, No. 15 Civ. 1636 (GBD) and *Reiburn v. Merrill Lynch & Co, Inc.*, No. 15 Civ. 2960 (GBD) for settlement purposes;

(2) approving the $14,000,000 settlement set forth in the Joint Stipulation of Settlement and Release ("Settlement Agreement") attached as Exhibit A to the Swartz Declaration;

(3) approving the proposed Notice of Settlement and Opportunity to Join Collective Action;

(4) approving of Service Payments of $10,000 each to Named Plaintiffs Andrew Blum, Zaq Harrison, Lance Topol, Simone Bryan, Ronni Reiburn, Samuel Jorgenson, Celeste Orozco, Derrick Chambers, Scott Ratajczak, and Vanessa Duchman; $7,500 each to Declarants Morgan Cherner, Eze Ejelonu, Jeff Hawkins, John Lezcano, and Vince Zorskas; and $5,000 each to Opt-In Plaintiffs David Cribb and Simon Siony for their service to the collective;

(5) approving Plaintiffs' request for one-third of the Gross Fund ($4,666,666) for attorneys' fees and an additional reimbursement of $80,362.37 in costs and expenses;

(6) approving payment of the fees, expenses, and costs of the Settlement Claims Administrator;

(7) incorporating the terms of the Settlement Agreement;

(8) retaining jurisdiction to enforce the Settlement; and

(9) granting any other relief that the Court deems just and proper.

\* \* \*

Plaintiffs submit a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: March 22, 2016
   New York, New York

>                          Respectfully submitted,
>
>                           /s/ Justin M. Swartz
>                          Justin M. Swartz
>
>                          **OUTTEN & GOLDEN LLP**
>                          Justin M. Swartz
>                          Juno Turner
>                          Deirdre A. Aaron
>                          3 Park Avenue, 29th Floor
>                          New York, New York 10016
>                          Telephone: (212) 245-1000
>                          Facsimile: (646) 509-2060
>
>                          **SHAVITZ LAW GROUP, P.A.**
>                          Gregg I. Shavitz (admitted *pro hac vice*)
>                          Susan Stern (admitted *pro hac vice*)
>                          Paolo Meireles
>                          1515 South Federal Highway, Suite 404
>                          Boca Raton, Florida 33432

Telephone: (561) 447-8888

***Attorneys for Plaintiffs***