UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RONNIE REIBURN, et al.,

                Plaintiffs,

   -against-                            ORDER

MERRILL LYNCH & CO., INC., et al.,        15 Civ. 2960 (GBD)

                Defendants.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    On May 6, 2016, this Court approved Plaintiffs' motion for approval of settlement, service awards, and Attorney's Fees and Costs (Order, ECF No. 74), which provided that this action would be dismissed within 31 days unless there is an appeal. As the docket does not indicate that any appeal has been filed, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       May 15, 2017

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge